ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| | | |
|---|---|---|
| NICOLÁS A. COLELLA<br><br>Parte Recurrente<br><br>V.<br><br><br>IVIS I. BÁEZ RIVERA<br>Parte Recurrida | TA2026CE00551 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala de Familia y Menores, Bayamón<br><br>_____<br>Caso Núm.: BY2025RF01718<br><br>_____<br>SOBRE: DIVORCIO (R.I.) |

Panel integrado por su presidenta la juez Brignoni Mártir, el juez Salgado Schwarz y la juez Aldebol Mora.

Salgado Schwarz, Carlos G., Juez Ponente

# **RESOLUCIÓN**

En San Juan, Puerto Rico, a 29 de mayo de 2026.

Examinado el *Recurso de Certiorari* presentado por Nicolás A. Colella el 25 de mayo de 2026, disponemos lo siguiente:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de *certiorari*. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Nuestra determinación no representa que se haya emitido un juicio previo sobre los méritos del recurso, simplemente que no es el momento adecuado de que intervenga esta Curia.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*